**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| ANTONIO GONZALEZ PACHECO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PARLIER, et. al.,<br><br>Defendants. | Case No.: 1:14-cv-1413---GSA<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO TIMELY FILE CONSENT FORM AS ORDERED BY THE COURT**<br><br>Doc. 12 |

On November 13, 2014, the parties appeared before the Court for an Initial Scheduling Conference. The parties indicated that they had consented to the jurisdiction of a magistrate judge over this matter. The Court noted that consent forms had previously been filed by the Plaintiff and Defendants City of Parlier and Manuel Chavez but not by Defendant Parlier Police Department, which is also named as a defendant in the operative complaint in this case. Accordingly, the Court directed counsel for defendants to file a consent form on behalf of Parlier Police Department. Doc. 10.

1 | On November 19, 2014, upon non-receipt of the requisite consent form from Parlier Police Department, the Court issued an order directing counsel to file the form no later than November 20, 2014.  Doc. 12.  To date, the consent form has not been filed.  Accordingly, within five court days from the date of issuance of this order, Defendant Parlier Police Department is ORDERED to show cause, if any, why monetary sanctions should not be imposed for the failure to comply with the Court's order.  Alternatively, Defendant Parlier Police Department shall file the requisite consent form or a stipulation to dismiss Defendant Parlier Police Department from this action, within the five-day period.

IT IS SO ORDERED.

Dated:   **November 26, 2014**               **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE