# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GONZALEZ PACHECO,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF PARLIER, MANUEL CHAVEZ, an individual, and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | **Case No. 1:14-cv-01413-EPG**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>(ECF No. 23) |

On January 4, 2016, Plaintiff submitted a Notice of Voluntary Dismissal to the Court. (ECF No. 23.) Accordingly, the instant matter is DISMISSED WITH PREJUDICE. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

　　Dated:　**January 6, 2016**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1